UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION
200 JEFFERSON, SUITE 400
MEMPHIS, TENNESSEE 38103
Telephone: (901) 544-3251 Facsimile: (901) 544-4138

**RICHARD F. CLIPPARD**                                                     **MADALYN S. GREENWOOD**
**U.S. TRUSTEE, REGION 8**                                                  **ASST. U. S. TRUSTEE**

## SETTING OF MEETING OF CREDITORS

**TO:** CLERK OF BANKRUPTCY COURT

**09-11212      OPTIMA UNIVERSITY, LLC                                 CHAPTER 11**

The Section 341 Meeting has been set for **4-15-2009** at **1:30 P.M., 109 SOUTH HIGHLAND, ROOM 102, JACKSON, TN 38301.**

                                                                    **RICHARD F. CLIPPARD**
                                                                    **U.S. TRUSTEE, REGION 8**

**DATED: March 24, 2009**