**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

In re:                                                    **Case No.**

**Debtor(s).**                                            **Chapter**

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that the United States Trustee for Region 8 pursuant to 11 U.S.C. § 307, hereby appears in the above-referenced case by her counsel and pursuant to Bankruptcy Rules 9010(b), 2002(a) and (b), and 3017(a), requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

RICHARD F. CLIPPARD
UNITED STATES TRUSTEE, REGION 8

/s/ Madalyn S. Greenwood,  (#12241)
United States Department of Justice
Office of United States Trustee
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
(901) 544-3667

### CERTIFICATE OF SERVICE

I, Madalyn S. Greenwood, hereby certify that on                    a true and exact copy of the foregoing has been sent electronically or via United States Postal Service, first class postage prepaid, to the following persons.

/s/ Madalyn S. Greenwood, AUST

Debtors' Attorney