**Dated: March 25, 2009**
**The following is SO ORDERED.**

_____
**G. Harvey Boswell**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-11212 |
| **OPTIMA UNIVERSITY, LLC** ) | Chapter 11 |
| ) | Judge: G. Harvey Boswell |
| Debtor ) | |

### ORDER APPROVING APPLICATION OF EMPLOYMENT OF LEFKOVITZ & KERNEY, PLLC AS COUNSEL FOR THE DEBTOR-IN-POSSESSION

Upon consideration of the Application of the above-named Debtor in Possession, requesting approval of its employment of the firm of Steven L. Lefkovitz and Christopher M. Kerney, of Lefkovitz & Kerney, PLLC., as attorneys for the debtor-in-possession, which application was accompanied by a verified statement. It appearing that said firm consist of attorneys duly admitted o practice in this Court, and the Court being satisfied that neither the Firm nor the members or

professional employees thereof, do not hold or represent an interest adverse to the estate with respect to matters on which he and the law firm of Lefkovitz and Kerney, PLLC are to be employed, has no disqualifying connection with the debtor, creditors, or any other party in interest, its respective attorneys and accountants, the United States trustee, or any employee in the office of the United States trustee, meaning of 11 USC Section 101(14), and that the employment of said attorney is necessary and in the best interest of the estate.

**IT IS THEREFORE ORDERED** that pursuant to 11 USC Section 327 and F.R.B.P 2014(a), the employment of Steven L. Lefkovitz  and Christopher M. Kerney and the law firm of Lefkovitz & Kerney, PLLC as attorneys for the debtor-in-possession in this Chapter 11 case be and is hereby approved.

APPROVED BY:

<u>/s/Steven L. Lefkovitz</u>
**Steven L. Lefkovitz, No 05953**
Christopher M. Kerney, No.20819
Attorney for Debtor-in-Possession
5050 Poplar Avenue, Suite 2418
Memphis, Tennessee 338157
Phone (901) 523-9190
Fax (615) 255-4516
email: slefkovitz@lefkovitz.com