IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-11212 |
| **OPTIMA UNIVERSITY, LLC** ) | Chapter 11 |
| ) | Judge: G. Harvey Boswell |
| Debtor ) | |

### ORDER APPROVING APPLICATION OF EMPLOYMENT OF LEFKOVITZ & KERNEY, PLLC AS COUNSEL FOR THE DEBTOR-IN-POSSESSION

Upon consideration of the Application of the above-named Debtor in Possession, requesting approval of its employment of the firm of Steven L. Lefkovitz and Christopher M. Kerney, of Lefkovitz & Kerney, PLLC., as attorneys for the debtor-in-possession, which application was accompanied by a verified statement.  It appearing that said firm consist of attorneys duly admitted o practice in this Court, and the Court being satisfied that neither the Firm nor the members or

professional employees thereof, do not hold or represent an interest adverse to the estate with respect to matters on which he and the law firm of Lefkovitz and Kerney, PLLC are to be employed, has no disqualifying connection with the debtor, creditors, or any other party in interest, its respective attorneys and accountants, the United States trustee, or any employee in the office of the United States trustee, meaning of 11 USC Section 101(14), and that the employment of said attorney is necessary and in the best interest of the estate.

**IT IS THEREFORE ORDERED** that pursuant to 11 USC Section 327 and F.R.B.P 2014(a), the employment of Steven L. Lefkovitz and Christopher M. Kerney and the law firm of Lefkovitz & Kerney, PLLC as attorneys for the debtor-in-possession in this Chapter 11 case be and is hereby approved.

APPROVED BY:

<u>/s/Steven L. Lefkovitz</u>
**Steven L. Lefkovitz, No 05953**
Christopher M. Kerney, No.20819
Attorney for Debtor-in-Possession
5050 Poplar Avenue, Suite 2418
Memphis, Tennessee 338157
Phone (901) 523-9190
Fax (615) 255-4516
email: slefkovitz@lefkovitz.com

# CERTIFICATE OF NOTICE

```
District/off: 0651-1          User: valeta                Page 1 of 1               Date Rcvd: Mar 24, 2009
Case: 09-11212                Form ID: pdford02           Total Served: 31


The following entities were served by first class mail on Mar 26, 2009.
db          +Optima University, LLC,    1774 Hwy 22,   Mc Kenzie, TN 38201-1102
29180291    +AUSA,   Attn: Jimmy L. Croom,    109 S. Highland Ave., Room 300,    Jackson, TN 38301-6145
29179618    +All Temp Heating & Cooling, LLC,    17503 Highland Dr,   Mc Kenzie, TN 38201-1659
29179619    +American Express,    PO Box 1270,   Newark, NJ 07101-1270
29179620    +Arnold's Hardware, Rental & Carpet,    16030 N Highland Dr,   Mc Kenzie, TN 38201-2063
29179622    +Bank of America,    PO Box 17054,   Wilmington, DE 19884-0001
29179621    +Bank of America,    PO Box 15710,   Wilmington, DE 19886-5710
29179623    +Bank of Gleason,    PO Box 697,   Mc Kenzie, TN 38201-0697
29179624    +Carroll County Lumber Co., Inc.,    15955 Highland Dr,   Mc Kenzie, TN 38201-2027
29179625    +Education Resource Institute,    31 St James, Ste 950,   Park Square Bldg,   Boston, MA 02116-4109
29179626    +HOME DEPOT,   PO BOX 9100,   DES MOINES IA 50368-0001
29179627    +Hudson County Special,    595 Newark Ave,   Jersey City, NJ 07306-2394
29179629   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  IRS,   PO BOX 21126,   PHILADELPHIA PA 19114)
29180289   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114)
29179630    +Jerry & Sharon Perry,    c/o Scarbrough Realty,   20130 East Main,   Huntingdon, TN 38344-4119
29179631    +Jerry & Susan Perry,    c/o Scarbrough Realty,   20130 East Main,   Huntingdon, TN 38344-4119
29179632    +Jones Telecommunications,    350 S Main St,   PO Box 264,   Dyer, TN 38330-0264
29179633    +Lester & Mildred McCarty, Trustees,    E.R. Braham, Jr. Trust,   c/o Scarbrough Realty,
              20130 East Main,   Huntingdon, TN 38344-4119
29179634    +Lester Braham & Meldred McCarty,Trustees,    E.R. Braham, Jr. Trust,   c/o Scarbrough Realty,
              20130 East Main,   Huntingdon, TN 38344-4119
29179635    +New Century Financial Service,    110 South Jefferson Rd,   Ste 104,   Whippany, NJ 07981-1038
29179636    +Palisades Collection, LLC,    210 Sylvan Ave,   Englewood Cliffs, NJ 07632-2524
29179637    +Reallinx,   PO Box 840527,   Dallas, TX 75284-0527
29179638    +Sisson Transportation, Inc.,    c/o Beach Associates, Inc.,   95 Wolf Creek Blvd,   Ste 2,
              Dover, DE 19901-4965
29179639    +Sprint,   PO Box 8077,   London, KY 40742-8077
29180288    +TN Atty General's Office,    Bankruptcy Unit,   425 5th Ave. North, 2nd Floor,
              Nashville, TN 37243-3400
29179640    +TN DEPT LBR WRK FRC DEV,    C/O TN ATTY GEN BK UNIT,   PO BOX 20207,   NASHVILLE, TN 37202-4015
29179641    +TN DEPT REVENUE,    C/O TN ATTY GEN BK UNIT,   PO BOX 20207,   NASHVILLE, TN 37202-4015
29180290    +U.S. Attorney,    c/o USDOJ Tax Division,   P.O. Box 14198,   Washington, DC 20044-4198
29179642    +Union County Special,    2 Broad St,   Elizabeth, NJ 07201-2202

The following entities were served by electronic transmission on Mar 25, 2009.
29179628    +E-mail/Text: BankruptcyNotices@hughes.com                          Hughes Network Systems,
              PO Box 96874,   Chicago, IL 60693-0001
29179643    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 25 2009 03:33:43     Verizon Wireless,
              1 Verizon Place,   Alpharetta, GA 30004-8510
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2009**          **Signature:** _Joseph Speetjens_