**Dated: March 24, 2009**
**The following is SO ORDERED.**

_____
G. Harvey Boswell
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
_____

In re Optima University, LLC          Case No. 09-11212

Debtor(s).                             Chapter 11
_____

**ORDER AND NOTICE OF CASE MANAGEMENT CONFERENCE**
_____

    Please take notice that the Court will conduct a Case Management Conference pursuant to 11 U.S.C. § 105(d), on April 15, 2009 at 9:30 a.m. in Courtroom 342 at 111 S. Highland, Jackson, Tennessee. A representative of the Debtor and the attorney for the Debtor are directed to attend. Creditors and other parties in interest may, but are not required to attend.

    The purpose of the Case Management Conference is to allow the Court, together with the parties, to establish and implement a sound and effective case management program in order to expedite the administration of this Chapter 11 case, to discourage unnecessary litigation, and to explore and attempt to facilitate the early resolution of disputes, where practicable and possible.

    As the result of the case management conference, the Court may issue an order prescribing such terms and conditions as the Court deems appropriate to ensure the just and speedy administration of this Chapter 11 case, which may include provisions that:

1. Set a date by which the Debtor, or trustee if one has been appointed, shall file a disclosure statement and plan;

2. Discuss a date and fix the scope and format of the notice to be provided

ORDER AND NOTICE OF CASE MANAGEMENT CONFERENCE
Page 2

        regarding the hearing to consider the disclosure statement; and further discuss whether or not the hearing on the approval of this disclosure statement will be combined with the hearing on confirmation of the plan;

3. Enforce the requirements of the Debtor appearing at the section 341(a) meeting of creditors and timely filing monthly operating reports and paying all fees statutorily required under 28 U.S.C. § 1930 (e.g., quarterly fees owed to the United States trustee and notice fees owed to the Bankruptcy Court Clerk); and

4. Set a date for the Debtor to file an estimate of anticipated administrative expenses.

In addition, the Court may consider the following:

1. In the event an unsecured creditors committee has not been appointed by the United States trustee pursuant to 11 U.S.C. § 1102(a), whether or not efforts should be made to solicit holders of unsecured claims to serve on such a committee;

2. Application and orders pursuant to 11 U.S.C.§ 327(a) to employ professional persons;

3. The handling of applications for compensation pursuant to, for example, 11 U.S.C. §§ 330, 331, 365, 503 and 506(b);

4. The handling of future motions, if any, to appoint an examiner or trustee, for relief from the automatic stay, for adequate protection, to dismiss or convert the bankruptcy case, etc., and complaints, if any, to recover accounts receivable, preferential transfers, fraudulent conveyances, or to avoid liens, or to determine the dischargeability of particular debts, etc.;

5. The operation of the Debtor's business (including the filing of post-petition tax returns and the payment of post-petition taxes and other debts;

6. A preview of the Debtor's anticipated Chapter 11 plan (whether of reorganization or liquidation), anticipated funding of the plan, and the need to shorten or lengthen the periods of exclusivity;

7. The need for scheduling of regular hearing days to avoid unnecessary requests for expedited or emergency relief;

8. The need, if any, for adopting special procedures for managing potentially protracted proceedings;

9. The need for further Case Management Conferences; and

10. Any other matters deemed relevant and appropriate.

# CERTIFICATE OF NOTICE

```
District/off: 0651-1           User: valeta                 Page 1 of 1                  Date Rcvd: Mar 25, 2009
Case: 09-11212                 Form ID: pdford02            Total Served: 31


The following entities were served by first class mail on Mar 27, 2009.
db            +Optima University, LLC,    1774 Hwy 22,   Mc Kenzie, TN 38201-1102
29180291      +AUSA,    Attn: Jimmy L. Croom,    109 S. Highland Ave., Room 300,    Jackson, TN 38301-6145
29179618      +All Temp Heating & Cooling, LLC,    17503 Highland Dr,    Mc Kenzie, TN 38201-1659
29179619      +American Express,    PO Box 1270,   Newark, NJ 07101-1270
29179620      +Arnold's Hardware, Rental & Carpet,    16030 N Highland Dr,    Mc Kenzie, TN 38201-2063
29179622      +Bank of America,    PO Box 17054,   Wilmington, DE 19884-0001
29179621      +Bank of America,    PO Box 15710,   Wilmington, DE 19886-5710
29179623      +Bank of Gleason,    PO Box 697,   Mc Kenzie, TN 38201-0697
29179624      +Carroll County Lumber Co., Inc.,    15955 Highland Dr,    Mc Kenzie, TN 38201-2027
29179625      +Education Resource Institute,    31 St James, Ste 950,    Park Square Bldg,    Boston, MA 02116-4109
29179626      +HOME DEPOT,    PO BOX 9100,   DES MOINES IA 50368-0001
29179627      +Hudson County Special,    595 Newark Ave,    Jersey City, NJ 07306-2394
29179629     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court:   IRS,    PO BOX 21126,    PHILADELPHIA PA 19114)
29180289     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
29179630      +Jerry & Sharon Perry,    c/o Scarbrough Realty,    20130 East Main,    Huntingdon, TN 38344-4119
29179631      +Jerry & Susan Perry,    c/o Scarbrough Realty,    20130 East Main,    Huntingdon, TN 38344-4119
29179632      +Jones Telecommunications,    350 S Main St,    PO Box 264,   Dyer, TN 38330-0264
29179633      +Lester & Mildred McCarty, Trustees,    E.R. Braham, Jr. Trust,    c/o Scarbrough Realty,
                20130 East Main,    Huntingdon, TN 38344-4119
29179634      +Lester Braham & Meldred McCarty,Trustees,    E.R. Braham, Jr. Trust,    c/o Scarbrough Realty,
                20130 East Main,    Huntingdon, TN 38344-4119
29179635      +New Century Financial Service,    110 South Jefferson Rd,    Ste 104,    Whippany, NJ 07981-1038
29179636      +Palisades Collection, LLC,    210 Sylvan Ave,    Englewood Cliffs, NJ 07632-2524
29179637      +Reallinx,    PO Box 840527,   Dallas, TX 75284-0527
29179638      +Sisson Transportation, Inc.,    c/o Beach Associates, Inc.,    95 Wolf Creek Blvd,    Ste 2,
                Dover, DE 19901-4965
29179639      +Sprint,    PO Box 8077,   London, KY 40742-8077
29180288      +TN Atty General's Office,    Bankruptcy Unit,    425 5th Ave. North, 2nd Floor,
                Nashville, TN 37243-3400
29179640      +TN DEPT LBR WRK FRC DEV,    C/O TN ATTY GEN BK UNIT,    PO BOX 20207,    NASHVILLE, TN 37202-4015
29179641      +TN DEPT REVENUE,    C/O TN ATTY GEN BK UNIT,    PO BOX 20207,    NASHVILLE, TN 37202-4015
29180290      +U.S. Attorney,    c/o USDOJ Tax Division,    P.O. Box 14198,    Washington, DC 20044-4198
29179642      +Union County Special,    2 Broad St,    Elizabeth, NJ 07201-2202

The following entities were served by electronic transmission on Mar 26, 2009.
29179628      +E-mail/Text: BankruptcyNotices@hughes.com                            Hughes Network Systems,
                PO Box 96874,    Chicago, IL 60693-0001
29179643      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 26 2009 02:42:23      Verizon Wireless,
                1 Verizon Place,    Alpharetta, GA 30004-8510
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2009**              **Signature:**   *Joseph Speetjens*