# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re  
Optima University, LLC  
Debtor*

Case No. 09–11212  
Chapter 11

## NOTICE OF DEFICIENT CLAIM

**PLEASE TAKE NOTICE that a deficient claim has been submitted for filing in this case.**

**Also, please be reminded that all documents submitted for filing with this Court must comply with the Amended Guidelines for Electronic Filing which are available for viewing at www.tnwb.uscourts.gov.**

| | DEFICIENCIES REGARDING CLAIMS |
|---|---|
| ☐ | The debtor's name and/or case number on tendered proof of claim is missing |
| ☐ | The proof of claim was not signed by the filing party |
| ☐ | No amount is reflected on the proof of claim. |
| ☐ | Case closed on |
| ☐ | The case number and debtor(s) name reflected on the claim does not match the case information in CM/ECF. |
| ☐ | The tendered claim has been filed in an incorrect case. |
| ☐ | The exhibits are too voluminous to use as an attachment to the tendered proof of claim. |
| ☑ | No total amount is reflected on the proof of claim. |
| ☐ | Other |

DATE OF ISSUANCE  
April 7, 2009

Jed G. Weintraub  
Clerk of the Bankruptcy Court

By: Brenda–Lee Cohen

Deputy Clerk

**[ntcdef]** [Notification of Defective Claim 6 2003]