# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Optima University, LLC
Debtor*

Case No. 09–11212
Chapter 11

## NOTICE OF DEFICIENT CLAIM

**PLEASE TAKE NOTICE that a deficient claim has been submitted for filing in this case.**

**Also, please be reminded that all documents submitted for filing with this Court must comply with the Amended Guidelines for Electronic Filing which are available for viewing at www.tnwb.uscourts.gov.**

| DEFICIENCIES REGARDING CLAIMS |
| --- |
| ☐ The debtor's name and/or case number on tendered proof of claim is missing |
| ☐ The proof of claim was not signed by the filing party |
| ☐ No amount is reflected on the proof of claim. |
| ☐ Case closed on |
| ☐ The case number and debtor(s) name reflected on the claim does not match the case information in CM/ECF. |
| ☐ The tendered claim has been filed in an incorrect case. |
| ☐ The exhibits are too voluminous to use as an attachment to the tendered proof of claim. |
| ☐ No total amount is reflected on the proof of claim. |
| ☑ Unclear amount classification RE: Box #4. |

DATE OF ISSUANCE
April 7, 2009

Jed G. Weintraub
Clerk of the Bankruptcy Court

By: Becky Browder

Deputy Clerk

**[ntcdef]** [Notification of Defective Claim 6 2003]

# CERTIFICATE OF NOTICE

```
District/off: 0651-1          User: becky              Page 1 of 1              Date Rcvd: Apr 07, 2009
Case: 09-11212                Form ID: ntcdef          Total Served: 2

The following entities were served by first class mail on Apr 09, 2009.
db          +Optima University, LLC,   1774 Hwy 22,   Mc Kenzie, TN 38201-1102
            +Bank of Gleason,    PO Box 231,    Gleason, TN 38229-0231

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 09, 2009**               **Signature:** _Joseph Speetjens_