**Dated: May 04, 2009**
**The following is SO ORDERED.**

_____
**G. Harvey Boswell**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.    09-11212 |
| OPTIMA UNIVERSITY, LLC | ) | Chapter    11 |
| | ) | Judge:    Boswell |
| Debtor. | ) | |

## CASE MANAGEMENT ORDER

The Court having conducted a case management conference pursuant to notice on February 15, 2009, and it appearing that certain procedures and dates should be established to promote the efficient administration of this Chapter 11 case; now therefore, the Debtor shall do or perform the following:

A. File a disclosure statement and plan (or summary of a plan) on or before January 19, 2010.

B. File any motions pursuant to 11 U.S.C. sec. 365 and Fed. R. Bankr. P. 6006 within sixty (60) days after the date of the order for relief, or within such additional time as the Court, for cause, within such sixty-day period fixes, or otherwise as expressly allowed by the Court (for example, by a permissive plan provision).

C. File an estimate within thirty (30) days after the entry of this order of the administrative expenses expected to be incurred by the bankruptcy estate, including budgets for professionals employed by the Debtor, any committee, any secured creditor, and/or any other person, who expect to be reimbursed from the bankruptcy estate.

D. Manage and operate the property of the estate, if applicable, according to the requirements of the laws of the State in which such property is located.

E. Timely file all post-petition tax returns and make timely payment of all post-petition taxes and serve copies of such returns upon the United States trustee.

F. If an operating business, segregate and deposit all sales and payroll taxes withheld from employee earnings into a separate bank account, and use such funds solely for payment of taxes, unless expressly excused by the United States trustee.

G. Timely file all monthly operating reports and serve copies upon the United States trustee.
H. Timely pay all United States trustee quarterly fees pursuant to 28 U.S.C. sec. 1930 (a)(6).
I. Timely pay all fees due to the Bankruptcy Court Clerk pursuant to 28 U.S.C. sec. 1930 (a) or (b).
J. Attend the scheduled section 341 (a) meeting of creditors.

**Failure of the Debtor to do or perform any of the foregoing may constitute cause for the dismissal of this Chapter 11 case, the conversion of this case to Chapter 7, or the appointment of a Chapter 11 trustee.**

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE.

APPROVED FOR ENTRY:

/s/ Steven L. Lefkovitz, No. 5953
Steven L. Lefkovitz, No. 5953
Christopher M. Kerney, No. 20819
Attorneys for the Debtor
5050 Poplar Ave, Suite 2418
Memphis, TN 38157
(901) 523-9190   fax  (901) 255-4516
E-Mail:  slefkovitz@lefkovitz.com