**Dated: May 04, 2009**
**The following is SO ORDERED.**

_____
**G. Harvey Boswell**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | Case No. | 09-11212 |
| OPTIMA UNIVERSITY, LLC | ) | Chapter | 11 |
| | ) | Judge: | Boswell |
| Debtor. | ) | | |

## CASE MANAGEMENT ORDER

The Court having conducted a case management conference pursuant to notice on February 15, 2009, and it appearing that certain procedures and dates should be established to promote the efficient administration of this Chapter 11 case; now therefore, the Debtor shall do or perform the following:

A.   File a disclosure statement and plan (or summary of a plan) on or before January 19, 2010.

B.   File any motions pursuant to 11 U.S.C. sec. 365 and Fed. R. Bankr. P. 6006 within sixty (60) days after the date of the order for relief, or within such additional time as the Court, for cause, within such sixty-day period fixes, or otherwise as expressly allowed by the Court (for example, by a permissive plan provision).

C.   File an estimate within thirty (30) days after the entry of this order of the administrative expenses expected to be incurred by the bankruptcy estate, including budgets for professionals employed by the Debtor, any committee, any secured creditor, and/or any other person, who expect to be reimbursed from the bankruptcy estate.

D.   Manage and operate the property of the estate, if applicable, according to the requirements of the laws of the State in which such property is located.

E.   Timely file all post-petition tax returns and make timely payment of all post-petition taxes and serve copies of such returns upon the United States trustee.

F.   If an operating business, segregate and deposit all sales and payroll taxes withheld from employee earnings into a separate bank account, and use such funds solely for payment of taxes, unless expressly excused by the United States trustee.

G.   Timely file all monthly operating reports and serve copies upon the United States trustee.

H.   Timely pay all United States trustee quarterly fees pursuant to 28 U.S.C. sec. 1930 (a)(6).

I.   Timely pay all fees due to the Bankruptcy Court Clerk pursuant to 28 U.S.C. sec. 1930 (a) or (b).

J.   Attend the scheduled section 341 (a) meeting of creditors.

**Failure of the Debtor to do or perform any of the foregoing may constitute cause for the dismissal of this Chapter 11 case, the conversion of this case to Chapter 7, or the appointment of a Chapter 11 trustee.**

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE.**

APPROVED FOR ENTRY:

/s/ Steven L. Lefkovitz, No. 5953
Steven L. Lefkovitz, No. 5953
Christopher M. Kerney, No. 20819
Attorneys for the Debtor
5050 Poplar Ave, Suite 2418
Memphis, TN 38157
(901) 523-9190  fax  (901) 255-4516
E-Mail:  slefkovitz@lefkovitz.com

# CERTIFICATE OF NOTICE

District/off: 0651-1            User: valeta               Page 1 of 2                Date Rcvd: May 04, 2009
Case: 09-11212                 Form ID: pdford02          Total Served: 37

The following entities were served by first class mail on May 06, 2009.
```
db            +Optima University, LLC,   1774 Hwy 22,   Mc Kenzie, TN 38201-1102
cr            +Federation of State Medical Boards,   400 Fuller Wiser Road, Ste. 300,   Euless, TX 76039-3856
cr            +National Board of Medical Examiners,   3750 Market Street,   Philadelphia, PA 19104-3190
29180291      +AUSA, Attn: Jimmy L. Croom,   109 S. Highland Ave., Room 300,   Jackson, TN 38301-6145
29179618      +All Temp Heating & Cooling, LLC,   17503 Highland Dr,   Mc Kenzie, TN 38201-1659
29179619      +American Express,   PO Box 1270,   Newark, NJ 07101-1270
29179620      +Arnold's Hardware, Rental & Carpet,   16030 N Highland Dr,   Mc Kenzie, TN 38201-2063
29179622      +Bank of America,   PO Box 17054,   Wilmington, DE 19884-0001
29179621      +Bank of America,   PO Box 15710,   Wilmington, DE 19886-5710
29212922      +Bank of Gleason,   POB 231,   Gleason TN 38229-0231
29179623      +Bank of Gleason,   PO Box 697,   Mc Kenzie, TN 38201-0697
29179624      +Carroll County Lumber Co., Inc.,   15955 Highland Dr,   Mc Kenzie, TN 38201-2027
29179625      +Education Resource Institute,   31 St James, Ste 950,   Park Square Bldg,   Boston, MA 02116-4109
29179626      +HOME DEPOT,   PO BOX 9100,   DES MOINES IA 50368-0001
29179627      +Hudson County Special,   595 Newark Ave,   Jersey City, NJ 07306-2394
29179629     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court: IRS,   PO BOX 21126,   PHILADELPHIA PA 19114)
29180289     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114)
29179630      +Jerry & Sharon Perry,   c/o Scarbrough Realty,   20130 East Main,   Huntingdon, TN 38344-4119
29179631      +Jerry & Susan Perry,   c/o Scarbrough Realty,   20130 East Main,   Huntingdon, TN 38344-4119
29179632      +Jones Telecommunications,   350 S Main St,   PO Box 264,   Dyer, TN 38330-0264
29191575      +Jones Telecommunications, Inc,   PO Box 264,   Dyer TN 38330-0264
29179633      +Lester & Mildred McCarty, Trustees,   E.R. Braham, Jr. Trust,   c/o Scarbrough Realty,
               20130 East Main,   Huntingdon, TN 38344-4119
29179634      +Lester Braham & Meldred McCarty,Trustees,   E.R. Braham, Jr. Trust,   c/o Scarbrough Realty,
               20130 East Main,   Huntingdon, TN 38344-4119
29179635      +New Century Financial Service,   110 South Jefferson Rd,   Ste 104,   Whippany, NJ 07981-1038
29179636      +Palisades Collection, LLC,   210 Sylvan Ave,   Englewood Cliffs, NJ 07632-2524
29179637      +Reallinx,   PO Box 840527,   Dallas, TX 75284-0527
29179638      +Sisson Transportation, Inc.,   c/o Beach Associates, Inc.,   95 Wolf Creek Blvd,   Ste 2,
               Dover, DE 19901-4965
29179639      +Sprint,   PO Box 8077,   London, KY 40742-8077
29180288      +TN Atty General's Office,   Bankruptcy Unit,   425 5th Ave. North, 2nd Floor,
               Nashville, TN 37243-3400
29179640      +TN DEPT LBR WRK FRC DEV,   C/O TN ATTY GEN BK UNIT,   PO BOX 20207,   NASHVILLE, TN 37202-4015
29179641      +TN DEPT REVENUE,   C/O TN ATTY GEN BK UNIT,   PO BOX 20207,   NASHVILLE, TN 37202-4015
29225090      +TN Dept of Revenue,   c/o TN Attorney General's Office,   Bankrutpcy Division,   P.O. Box 20207,
               Nashville, TN 37202-4015
29180290      +U.S. Attorney,   c/o USDOJ Tax Division,   P.O. Box 14198,   Washington, DC 20044-4198
29179642      +Union County Special,   2 Broad St,   Elizabeth, NJ 07201-2202
```

The following entities were served by electronic transmission on May 05, 2009.
```
29179628      +E-mail/Text: BankruptcyNotices@hughes.com                          Hughes Network Systems,
               PO Box 96874,   Chicago, IL 60693-0001
29183559      +E-mail/Text: ustpregion08.me.ecf@usdoj.gov
               United States Trustee for Region 8,   Attn: Madalyn S. Greenwood,   U. S. Dept. of Justice,
               Office of the U. S. Trustee,   200 Jefferson Ave., Suite 400,   Memphis, TN 38103-2383
29179643      +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 05 2009 04:41:23   Verizon Wireless,
               1 Verizon Place,   Alpharetta, GA 30004-8510
                                                                                  TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0651-1          User: valeta          Page 2 of 2          Date Rcvd: May 04, 2009
Case: 09-11212               Form ID: pdford02      Total Served: 37

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2009**          **Signature:**