# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Optima University, LLC

Debtor(s).

Case No.: 09–11212

Chapter: 11

Adversary Proceeding No.

## NOTICE OF REQUIRED FILING FEE AND/OR DEFICIENT FILING

**PLEASE TAKE NOTICE that a required filing fee has not been paid and/or a deficient document has been submitted for filing in this case. FAILURE TO PAY THE REQUIRED FILING FEE OR FAILURE TO CORRECT THE DEFICIENCY MAY RESULT IN THE DISMISSAL OF THIS BANKRUPTCY CASE.**

**You are reminded that all documents submitted in this case must comply with the Amended Guidelines for Electronic Filing, available for viewing at www.tnwb.uscourts.gov.** Only persons who are not represented by an attorney may file actual paper documents (without express leave of the court).

Filing fees may be paid by credit card (online via ECF), cashiers check, money order, or business check made payable to the United States Bankruptcy Court Clerk or mailed or delivered to the address reflected below. Cash payments may be made, but only at the Memphis Office of the Clerk. Cash payments are not accepted at the Jackson Office. **No personal checks or debtor(s)' checks will be accepted by the Clerk.**

| **DEFICIENCIES REGARDING COMPLAINTS, MOTIONS, APPLICATIONS AND OTHER PLEADINGS** |
|---|
| The complaint, motion, application, pleading, or other document that was submitted for filing is deficient for the reason(s) marked below. It has been received by this office but will not be processed until all deficiencies are cured. |
| ☑ **Other:** The language relevant to dischargeabiilty is not applicable in this case. |

**Jed G. Weintraub CLERK, U.S. BANKRUPTCY COURT**

**By: Valeta Marcom**
**Dated:  May 19, 2009**
**111 S Highland, Room 107**
**Jackson, TN 38301**

**[ntcdeffil]Petition Deficiency Notice/05**