# THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| IN RE: Optima University, LLC, Debtor(s).<br>1774 Hwy 22<br>Mc Kenzie, TN 38201<br>83-0505139 | Case No. 09-11212 GHB<br>Chapter 11<br>Judge Boswell |

### Notice of Appearance and Request for Notice

   Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Department of Revenue

Notices should be addressed to:
Tennessee Department of Revenue
c/oTN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

   The Tennessee Department of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

        Respectfully submitted,
        Robert E. Cooper, Jr.
        Attorney General and Reporter

        /s/ Gina Baker Hantel
        Gina Baker Hantel
        Assistant Attorney General
        BPR No. 018019
        OFFICE OF THE ATTORNEY GENERAL
        BANKRUPTCY DIVISION
        P O BOX 20207
        Nashville, TN 37202-0207
        Phone: 615-532-2504    Fax: 615-741-3334

### CERTIFICATE OF SERVICE

   I certify that on _____May 27, 2009_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

        /s/ Gina Baker Hantel
        Gina Baker Hantel
        Assistant Attorney General

| | |
|---|---|
| Office of the U.S. Trustee<br>200 Jefferson Avenue<br>Suite 400<br>Memphis, Tennessee 38103 | Steven L. Lefkovitz<br>Attorney for the Debtor(s)<br>618 Church Street, Ste. 410<br>Nashville, TN 37219 |