B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Tennessee

In re  Optima University, LLC     ,          Case No. 09-11212
      *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  March                                    Date filed:

Line of Business:                                NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

Eihab Mohamed Suliman
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☑   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 24,950.00

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | -4,162.00 |
| Cash on Hand at End of Month | $ | 2,280.00 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  **TOTAL** | $ | 20,788.00 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 18,508.00

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 24,950.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 18,508.00 |
| *(Subtract Line C from Line B)*  **CASH PROFIT FOR THE MONTH** | $ | 6,442.00 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 5,436.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 2,000.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

| 03/31/09 - 03/31/09 | | Optima University, LLC<br>General Ledger | | | | 51209<br>Page 1<br>05/11/09 04:35 PM |
|---|---|---|---|---|---|---|

" Exhibit B "

| Date | Reference T | Description | Beginning Balance | Current Amount | Period End Amount | YTD Balance |
|---|---|---|---|---|---|---|
| | **300 Tuition** | | 0.00 | | | |
| 03/02/09 | Dep | Returned item, Insufficient Funds | | (5,150.00) | | |
| 03/05/09 | Dep | Deposit | | (2,000.00) | | |
| 03/09/09 | Dep | Deposit | | (4,350.00) | | |
| 03/19/09 | Dep | Wire Transfer - Varinder Bhangav | | (4,950.00) | | |
| 03/20/09 | Dep | Deposit | | (6,250.00) | | |
| | | | March | (22,700.00) | (22,700.00) | |
| | | | | (22,700.00) | | (22,700.00) |
| | | | | | | |
| | **301 Room Rent** | | 0.00 | | | |
| 03/12/09 | Dep | Deposit | | (600.00) | | |
| 03/17/09 | Dep | Deposit | | (1,250.00) | | |
| 03/25/09 | Dep | Deposit | | (400.00) | | |
| | | | March | (2,250.00) | (2,250.00) | |
| | | | | (2,250.00) | | (2,250.00) |

Range of Accounts Specified:

|  |  | Total Profit/(Loss) | 24,950.00 | |
|---|---|---|---|---|
| Number of Transactions | 8 | | | |
| | | | The General Ledger is in balance | 0.00 |

Case 09-11212   Doc 37   Filed 06/02/09   Entered 06/02/09 13:32:41   Desc Main
Document      Page 6 of 16

03/31/09 - 03/31/09

Optima University, LC
General Ledger

51209
Page 1
05/11/09 04:08 PM

"Exhibit C"

| Date | Reference T | Description | Beginning Balance | Current Amount | Period End Amount | YTD Balance |
|---|---|---|---|---|---|---|
| | **500 Distribution to Members** | | 0.00 | | | |
| 03/18/09 | 1002 | Dover City Court - speed ticket | | 80.00 | | |
| | | | March | 80.00 | 80.00 | |
| | | | | 80.00 | | 80.00 |
| | **501 Instructors** | | 0.00 | | | |
| 03/02/09 | 754 | Dr. Bogdan Strambu | | 500.00 | | |
| | | | March | 500.00 | 500.00 | |
| | | | | 500.00 | | 500.00 |
| | **503 Contract Labor** | | 0.00 | | | |
| 03/06/09 | 101 | Lindsey Aeschbacher | | 232.00 | | |
| 03/13/09 | 105 | Lindsey Aeschbacher | | 240.00 | | |
| 03/01/09 | 756 | Lindsey Aeschbacher | | 192.00 | | |
| 03/19/09 | 1004 | James Reed - PC | | 500.00 | | |
| 03/21/09 | 1005 | Jimmy Hazelwood | | 140.00 | | |
| 03/30/09 | 1010 | Robert Hitsman | | 35.00 | | |
| | | | March | 1,339.00 | 1,339.00 | |
| | | | | 1,339.00 | | 1,339.00 |
| | **505 Network Programming** | | 0.00 | | | |
| 03/10/09 | EFT | Wire to Adrian Praja | | 1,500.00 | | |
| 03/20/09 | EFT | Wire to Adrian Praja | | 1,500.00 | | |
| | | | March | 3,000.00 | 3,000.00 | |
| | | | | 3,000.00 | | 3,000.00 |
| | **511 Utilities** | | 0.00 | | | |
| 03/01/09 | 737 | Barker Brothers Waste, Inc. | | 387.79 | | |
| 03/17/09 | 1001 | WCMES | | 2,906.38 | | |
| 03/31/09 | EFT | City of McKenzie | | 25.73 | | |
| | | | March | 3,319.90 | 3,319.90 | |
| | | | | 3,319.90 | | 3,319.90 |
| | **512 Telephone** | | 0.00 | | | |
| 03/31/09 | EFT | Sprint | | 129.05 | | |
| 03/31/09 | EFT | www.skype.com | | 25.20 | | |
| 03/31/09 | EFT | www.skype.com | | 25.20 | | |
| | | | March | 179.45 | 179.45 | |
| | | | | 179.45 | | 179.45 |
| | **515 Student Refunds** | | 0.00 | | | |
| 03/10/09 | 103 | Mydhili Kanumilli | | 300.00 | | |
| | | | March | 300.00 | 300.00 | |
| | | | | 300.00 | | 300.00 |

| 03/31/09 - 03/31/09 | | Optima University, LLC<br>General Ledger | | | | 51209<br>Page 2<br>05/11/09 04:08 PM |
|---|---|---|---|---|---|---|
| Date | Reference T | Description | Beginning Balance | Current Amount | Period End Amount | YTD Balance |
| | **522 Attorney Fees** | | 0.00 | | | |
| 03/09/09 | 104 | James H Bradberry & Associates | | 2,000.00 | | |
| 03/23/09 | 1007 | Lefkovitz and Kerney | | 5,436.00 | | |
| | | | March | 7,436.00 | 7,436.00 | |
| | | | | 7,436.00 | | 7,436.00 |
| | **524 Supplies** | | 0.00 | | | |
| 03/31/09 | EFT | Check Printers | | 29.11 | | |
| | | | March | 29.11 | 29.11 | |
| | | | | 29.11 | | 29.11 |
| | **526 Meals & Travel** | | 0.00 | | | |
| 03/07/09 | 102 | Dominos | | 56.00 | | |
| 03/31/09 | EFT | Travel Store USA, Fairview TN - meal | | 4.38 | | |
| 03/31/09 | EFT | Save-A-Lot | | 50.02 | | |
| 03/31/09 | EFT | LePanto Steakhouse | | 58.95 | | |
| 03/31/09 | EFT | Subway - Lebanon TN | | 7.95 | | |
| 03/31/09 | EFT | LaCabana - Dresden, TN | | 18.02 | | |
| | | | March | 195.32 | 195.32 | |
| | | | | 195.32 | | 195.32 |
| | **531 Automotive Gas** | | 0.00 | | | |
| 03/30/09 | EFT | Travel Store - Fairview TN - gas | | 39.37 | | |
| 03/30/09 | EFT | Murphy WalMart - Huntingdon TN - gas | | 34.96 | | |
| 03/31/09 | EFT | Travel Store USA, Fairview TN - gas | | 39.99 | | |
| | | | March | 114.32 | 114.32 | |
| | | | | 114.32 | | 114.32 |
| | **553 Bank Fees** | | 0.00 | | | |
| 03/03/09 | Dep | Refund NSF Charges | | (60.00) | | |
| 03/02/09 | EFT | NSF Item Paid Charge | | 30.00 | | |
| 03/02/09 | EFT | NSF Item Returned Charge | | 30.00 | | |
| 03/10/09 | EFT | Wire to Adrian Praja | | 55.00 | | |
| 03/20/09 | EFT | Wire to Adrian Praja | | 55.00 | | |
| 03/31/09 | EFT | NSF Item Paid Charge | | 60.00 | | |
| 03/31/09 | EFT | Bank Debit | | 7.00 | | |
| | | | March | 177.00 | 177.00 | |
| | | | | 177.00 | | 177.00 |
| | **554 Loan Fees** | | 0.00 | | | |
| 03/19/09 | 1003 | Genuine Mortgage Consult. - loan application fee | | 1,500.00 | | |
| | | | March | 1,500.00 | 1,500.00 | |
| | | | | 1,500.00 | | 1,500.00 |
| | **555 Bank Card Fees** | | 0.00 | | | |
| 03/02/09 | EFT | Bank Debit | | 52.45 | | |

03/31/09 - 03/31/09     Optima University, LLC     51209
**General Ledger**     Page 3
05/11/09 04:08 PM

| Date | Reference | T | Description | Beginning Balance | Current Amount | Period End Amount | YTD Balance |
|---|---|---|---|---|---|---|---|
| | 555 Bank Card Fees (cont.) | | | | | | |
| 03/02/09 | EFT | | Bank Debit | | 285.20 | | |
| | | | | March | 337.65 | 337.65 | |
| | | | | | 337.65 | | 337.65 |

Range of Accounts Specified:

Total Profit/(Loss)    (18,507.75)

Number of Transactions    39

The General Ledger is in balance    0.00



**BANK OF Gleason**

P.O. BOX 231
GLEASON, TN 38229
(731) 648-5506

P.O. BOX 697
McKENZIE, TN 38201
(731) 352-2194

A FULL SERVICE BANK

000 00001 01
ACCOUNT: 1002937
DOCUMENTS:

**STATEMENT**
PAGE: 1
03/31/2009

"Exhibit F"

```
OPTIMA UNIVERSITY LLC                                          <C>      30
1774 HIGHWAY 22                                                          0
MCKENZIE TN  38201                                                       1
```

```
                        * * *  F I N A L   S T A T E M E N T  * * *
================================================================================
                                   IT'S HERE!!
              WE ARE PROUD TO NOW OFFER INTERNET BANKING AND BILL PAY
                  YOU CAN ENROLL ONLINE AT www.bankofgleason.com

================================================================================
                         REGULAR CHECKING ACCOUNT 1002937
================================================================================
         DESCRIPTION              DEBITS         CREDITS      DATE       BALANCE

BALANCE LAST STATEMENT .........................................02/27/09   4,162.04-
RETURNED ITEM, INSUFFICIENT FUNDS              5,150.00     03/02/09         987.96
NSF ITEM  PAID CHARGE             30.00                     03/02/09         957.96
NSF ITEM RETURNED CHARGE          30.00                     03/02/09         927.96
192704150137368 BANKCARD MERCH FEES
                                  52.45                     03/02/09         875.51
192704150213574 BANKCARD MERCH FEES
                                 285.20                     03/02/09         590.31
CHECK # 754                      500.00                     03/02/09          90.31
CHECK                             90.31                     03/03/09            .00
BALANCE THIS STATEMENT .........................................03/31/09        .00

TOTAL CREDITS       (1)        5,150.00
TOTAL DEBITS        (6)          987.96

       - - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -

                                              THIS PERIOD      YEAR TO DATE

     NSF PAID ITEM FEE:                             30.00             240.00
     NSF RETURNED ITEM FEE:                         30.00              30.00
     OVERDRAFT FEES:                                  .00                .00
```



| | | |
|---|---|---|
| 0 | $90.31 | 03/03/2009 |
| 754 | $500.00 | 03/02/2009 |

**BANK OF Gleason**

P.O. BOX 231  
GLEASON, TN 38229  
(731) 648-5506

P.O. BOX 697  
McKENZIE, TN 38201  
(731) 352-2194

A FULL SERVICE BANK

000 00001 01  
ACCOUNT: 1003003  
DOCUMENTS: 23

STATEMENT  
PAGE: 1  
03/31/2009

TG  
30  
7  
16

OPTIMA UNIVERSITY LLC  
1774 HIGHWAY 22  
MCKENZIE TN  38201

==============================================================================
IT'S HERE!!  
WE ARE PROUD TO NOW OFFER INTERNET BANKING AND BILL PAY  
YOU CAN ENROLL ONLINE AT www.bankofgleason.com
==============================================================================

REGULAR CHECKING ACCOUNT 1003003
==============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| ACCOUNT OPENED | | | 03/03/09 | |
| DEPOSIT | | 90.31 | 03/03/09 | 90.31 |
| CHECK # 756 | 192.00 | | 03/04/09 | 101.69- |
| CHECK # 737 | 387.79 | | 03/04/09 | 489.48- |
| DEPOSIT | | 2,000.00 | 03/05/09 | 1,510.52 |
| REFUND 3/6/09 NSF CHGS | | 60.00 | 03/06/09 | 1,570.52 |
| NSF ITEM PAID CHARGE | 60.00 | | 03/06/09 | 1,510.52 |
| DEPOSIT | | 4,350.00 | 03/09/09 | 5,860.52 |
| CHECK | 232.00 | | 03/09/09 | 5,628.52 |
| XXXXX6801 CITY OF MCKENZIE BANK DRAFT 25.73 | | | 03/10/09 | 5,602.79 |
| CHECK | 1,555.00 | | 03/10/09 | 4,047.79 |
| CHECK | 56.00 | | 03/11/09 | 3,991.79 |
| CHECK | 300.00 | | 03/11/09 | 3,691.79 |
| CHECK | 2,000.00 | | 03/11/09 | 1,691.79 |
| DEPOSIT | | 600.00 | 03/12/09 | 2,291.79 |
| DEPOSIT | | 1,250.00 | 03/17/09 | 3,541.79 |
| 00000 CHECK PRINTERS CHK ORDERS | 29.11 | | 03/17/09 | 3,512.68 |
| CHECK | 240.00 | | 03/18/09 | 3,272.68 |
| WIRE TRANSFER VARINDER BHANGAV | | 4,950.00 | 03/19/09 | 8,222.68 |
| DEPOSIT | | 6,250.00 | 03/20/09 | 14,472.68 |
| CHECK | 1,555.00 | | 03/20/09 | 12,917.68 |
| CHECK # 1001 | 2,906.38 | | 03/20/09 | 10,011.30 |
| POS PURCHASE TRAVEL STORE USA # FAIRVIEW TN 4.38 | | | 03/23/09 | 10,006.92 |
| POS PURCHASE TRAVEL STORE USA # FAIRVIEW TN 39.99 | | | 03/23/09 | 9,966.93 |
| POS PURCHASE SAVE-A-LOT #22 MCKENZIE TN 50.02 | | | 03/23/09 | 9,916.91 |

\* \* \* C O N T I N U E D \* \* \*


FDIC



**BANK OF Gleason**

P.O. BOX 231　　　　P.O. BOX 697
GLEASON, TN 38229　McKENZIE, TN 38201
(731) 648-5506　　　(731) 352-2194

A FULL SERVICE BANK

000 00001 01
ACCOUNT: 1003003
DOCUMENTS: 23

**STATEMENT**
PAGE: 2
03/31/2009

OPTIMA UNIVERSITY LLC

========================================================================
REGULAR CHECKING ACCOUNT 1003003
========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| POS PURCHASE LEPANTO STEAKHOUSE MCKENZIE TN | 58.95 | | 03/23/09 | 9,857.96 |
| POS PURCHASE SPRINT *NEXTEL-CS 800-639-6111 VA | 129.05 | | 03/23/09 | 9,728.91 |
| CHECK # 1003 | 1,500.00 | | 03/23/09 | 8,228.91 |
| POS PURCHASE SUBWAY 2360 LEBANON TN | 7.95 | | 03/24/09 | 8,220.96 |
| POS PURCHASE MURPHY6769ATWALMRT HUNTINGDON TN | 34.96 | | 03/24/09 | 8,186.00 |
| CHECK # 1002 | 80.00 | | 03/24/09 | 8,106.00 |
| CHECK # 1004 | 500.00 | | 03/24/09 | 7,606.00 |
| CHECK # 1007 | 5,436.00 | | 03/24/09 | 2,170.00 |
| DEPOSIT | | 400.00 | 03/25/09 | 2,570.00 |
| POS PURCHASE TRAVEL STORE USA # FAIRVIEW TN | 39.37 | | 03/25/09 | 2,530.63 |
| CHECK # 1005 | 140.00 | | 03/25/09 | 2,390.63 |
| POS PURCHASE LA CABANA DRESDEN TN | 18.02 | | 03/26/09 | 2,372.61 |
| POS PURCHASE WWW.SKYPE.COM INTERNET ET | 25.20 | | 03/26/09 | 2,347.41 |
| POS PURCHASE WWW.SKYPE.COM INTERNET ET | 25.20 | | 03/26/09 | 2,322.21 |
| CHECK # 1010 | 35.00 | | 03/31/09 | 2,287.21 |
| SERVICE CHARGE | 7.00 | | 03/31/09 | 2,280.21 |
| BALANCE THIS STATEMENT................................ | | | 03/31/09 | 2,280.21 |

```
TOTAL CREDITS    (9)     19,950.31   MINIMUM BALANCE         489.48-
TOTAL DEBITS    (31)     17,670.10   AVERAGE BALANCE       3,472.04
```

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

TOTAL CHARGE FOR MONTHLY SERVICE CHG:　　　　7.00

- - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -

```
                              THIS PERIOD     YEAR TO DATE
NSF PAID ITEM FEE:                 60.00          60.00
NSF RETURNED ITEM FEE:               .00            .00
OVERDRAFT FEES:                      .00            .00
```



FDIC

OPTIMA UNIVERSITY LLC 1003003   Page 5



03/01/2009

1001   $2,906.38   03/20/2009

1002   $80.00   03/24/2009

1003   $1,500.00   03/23/2009

1004   $500.00   03/24/2009

1005   $140.00   03/25/2009

1007   $5,436.00   03/24/2009

1010   $35.00   03/31/2009



$90.31    03/03/2009



$2,000.00    03/05/2009



$4,350.00    03/09/2009



$600.00    03/12/2009



$1,250.00    03/17/2009



$6,250.00    03/20/2009





$232.00    03/09/2009



0   $1,555.00   03/10/2009
0   $56.00   03/11/2009
0   $300.00   03/11/2009
0   $2,000.00   03/11/2009
0   $240.00   03/18/2009
0   $1,555.00   03/20/2009
737   $387.79   03/04/2009
756   $192.00   03/04/2009

03/01/2009



1001  $2,906.38  03/20/2009

1002  $80.00  03/24/2009

1003  $1,500.00  03/23/2009

1004  $500.00  03/24/2009

1005  $140.00  03/25/2009

1007  $5,436.00  03/24/2009

1010  $35.00  03/31/2009