B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Tennessee

In re  Optima University, LLC ,    Case No.  09-11212

*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  April                        Date filed:

Line of Business:                    NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*[signature]*

Original Signature of Responsible Party

Eihab Mohamed Suliman

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☑ | ☐ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☑    ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 11,475.00

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 2,280.00 |
| Cash on Hand at End of Month | $ | 28,204.00 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 13,755.00 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 7,066.00

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 11,475.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 7,066.00 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 4,409.00 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  | **TOTAL PAYABLES** | $ | 0.00 |
|---|---|---|---|

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  | **TOTAL RECEIVABLES** | $ | 0.00 |
|---|---|---|---|

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|             | Projected | Actual | Difference |
|-------------|-----------|--------|------------|
| INCOME      | $         | $      | $          |
| EXPENSES    | $         | $      | $          |
| CASH PROFIT | $         | $      | $          |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ _____

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

| 04/30/09 | | | Optima University, LLC | | | 51209 |
|---|---|---|---|---|---|---|
| | | | General Ledger | | | Page 1 |
| | | | | | | 05/11/09 04:35 PM |

"Exhibit B"

| Date | Reference | T | Description | Beginning Balance | Current Amount | YTD Balance |
|---|---|---|---|---|---|---|
| | **300** | **Tuition** | | (22,700.00) | | |
| 04/06/09 | Dep | | Deposit | | (4,950.00) | |
| 04/20/09 | Dep | | Deposit | | (5,225.00) | |
| | | | | | (10,175.00) | (32,875.00) |
| | | | | | | |
| | **301** | **Room Rent** | | (2,250.00) | | |
| 04/06/09 | Dep | | Deposit | | (800.00) | |
| 04/13/09 | Dep | | Deposit | | (500.00) | |
| | | | | | (1,300.00) | (3,550.00) |

Range of Accounts Specified:

Current Profit/(Loss)    11,475.00    YTD Profit/(Loss)    36,425.00

Number of Transactions    4

The General Ledger is in balance    0.00

04/30/09

Optima University, LLC
General Ledger

51209
Page 1
05/11/09 04:18 PM

"Exhibit C"

| Date | Reference T | Description | Beginning Balance | Current Amount | YTD Balance |
|---|---|---|---|---|---|
| | **500 Distribution to Members** | | 80.00 | | |
| 04/01/09 | 1006 | Bank of Gleason - ticket | | 200.50 | |
| | | | | 200.50 | 280.50 |
| | **501 Instructors** | | 500.00 | | |
| | | | | 0.00 | 500.00 |
| | **503 Contract Labor** | | 1,339.00 | | |
| 04/26/09 | 202 | Robert Hitsman | | 220.00 | |
| 04/23/09 | 1021 | Robert Hitsman | | 80.00 | |
| 04/23/09 | 1022 | James Reed | | 70.00 | |
| | | | | 370.00 | 1,709.00 |
| | **505 Network Programming** | | 3,000.00 | | |
| 04/13/09 | EFT | Wire | | 1,500.00 | |
| | | | | 1,500.00 | 4,500.00 |
| | **511 Utilities** | | 3,319.90 | | |
| 04/20/09 | 201 | Weakley County Municipal Electric | | 2,251.41 | |
| 04/02/09 | 1011 | WTPUD | | 235.40 | |
| 04/30/09 | EFT | City of McKenzie | | 24.68 | |
| | | | | 2,511.49 | 5,831.39 |
| | **512 Telephone** | | 179.45 | | |
| 04/30/09 | EFT | Sprint | | 135.40 | |
| 04/30/09 | EFT | Verizon | | 16.46 | |
| | | | | 151.86 | 331.31 |
| | **513 Automotive Repair** | | 0.00 | | |
| 04/24/09 | 203 | Auto Zone | | 16.45 | |
| 04/24/09 | 204 | Auto Zone | | 29.62 | |
| 04/30/09 | EFT | Peppers Automotive - Paris TN | | 32.27 | |
| | | | | 78.34 | 78.34 |
| | **515 Student Refunds** | | 300.00 | | |
| 04/13/09 | 1018 | Bank of Gleason - Kate Gorvits | | 1,535.00 | |
| | | | | 1,535.00 | 1,835.00 |
| | **520 Postage** | | 0.00 | | |
| 04/13/09 | 1016 | Post Office | | 5.60 | |
| | | | | 5.60 | 5.60 |
| | **522 Attorney Fees** | | 7,436.00 | | |
| | | | | 0.00 | 7,436.00 |
| | **524 Supplies** | | 29.11 | | |
| 04/30/09 | EFT | www.dotster.com - domain website - annual fee | | 129.95 | |
| 04/30/09 | EFT | WalMart - Huntingdon TN | | 162.42 | |
| | | | | 292.37 | 321.48 |

04/30/09 Case 09-11212 Doc 38 Filed 06/02/09 Entered 06/02/09 13:33:59 Desc Main
Document Page 8 of 14
Optima University, LC
General Ledger
51209
Page 2
05/11/09 04:18 PM

| Date | Reference T | Description | Beginning Balance | Current Amount | YTD Balance |
|---|---|---|---|---|---|
| | **526 Meals & Travel** | | 195.32 | | |
| 04/30/09 | EFT | CPS/Tulane - Nashville TN - parking | | 6.00 | |
| 04/30/09 | EFT | Delta Air - Nashville TN | | 15.00 | |
| 04/30/09 | EFT | A & H Mart - Nashville TN - kitchen | | 91.28 | |
| 04/30/09 | EFT | MNAA - Airport Park - Nashville TN | | 27.00 | |
| | | | | 139.28 | 334.60 |
| | **531 Automotive Gas** | | 114.32 | | |
| 04/30/09 | EFT | Shell Oil - McKenzie TN | | 46.62 | |
| 04/30/09 | EFT | Murphy WalMart - Huntingdon TN | | 20.00 | |
| 04/30/09 | EFT | Shell Service Station - Milan TN | | 45.11 | |
| 04/30/09 | EFT | Murphy WalMart - Huntingdon TN | | 27.52 | |
| 04/30/09 | EFT | Shell Oil - McKenzie TN | | 40.92 | |
| 04/30/09 | EFT | Shell Oil - McKenzie TN | | 37.41 | |
| | | | | 217.58 | 331.90 |
| | **553 Bank Fees** | | 177.00 | | |
| 04/13/09 | EFT | Wire | | 55.00 | |
| 04/30/09 | EFT | Bank Debit | | 7.00 | |
| 04/30/09 | EFT | Analysis Charge | | 1.53 | |
| | | | | 63.53 | 240.53 |
| | **554 Loan Fees** | | 1,500.00 | | |
| | | | | 0.00 | 1,500.00 |
| | **555 Bank Card Fees** | | 337.65 | | |
| | | | | 0.00 | 337.65 |

Range of Accounts Specified:
Current Profit/(Loss) (7,065.55)  YTD Profit/(Loss) (25,573.30)

Number of Transactions 30

The General Ledger is in balance 0.00



**BANK OF Gleason**

P.O. BOX 231  
GLEASON, TN 38229  
(731) 648-5506

P.O. BOX 697  
McKENZIE, TN 38201  
(731) 352-2194

A FULL SERVICE BANK

000 00001 01  
ACCOUNT: 1003003  
DOCUMENTS:

STATEMENT  
PAGE: 1  
04/30/2009

"Exhibit F"

OPTIMA UNIVERSITY LLC  
1774 HIGHWAY 22  
MCKENZIE TN  38201

30  
2  
8

```
================================================================================
                              IT'S HERE!!
         WE ARE PROUD TO NOW OFFER INTERNET BANKING AND BILL PAY
              YOU CAN ENROLL ONLINE AT www.bankofgleason.com
================================================================================
                     REGULAR CHECKING ACCOUNT 1003003
================================================================================
       DESCRIPTION              DEBITS       CREDITS     DATE       BALANCE

BALANCE LAST STATEMENT .........................        03/31/09    2,280.21
POS PURCHASE SHELL OIL 54153400038 MC KENZIE TN
                                 46.62                  04/02/09    2,233.59
POS PURCHASE DOT*WWW.DOTSTER.COM 360-253-2210 WA
                                129.95                  04/03/09    2,103.64
CHECK # 1006                    200.50                  04/03/09    1,903.14
DEPOSIT                                     5,750.00    04/06/09    7,653.14
CHECK # 1011                    235.40                  04/06/09    7,417.74
POS PURCHASE MURPHY6769ATWALMRT HUNTINGDON TN
                                 20.00                  04/09/09    7,397.74
POS PURCHASE CPS/TULANE #41 Q02 NASHVILLE TN
                                  6.00                  04/10/09    7,391.74
XXXXX6801 City of Mckenzie Bank Draft
                                 24.68                  04/10/09    7,367.06
DEPOSIT                                       500.00    04/13/09    7,867.06
CHECK # 1018                  1,535.00                  04/13/09    6,332.06
CHECK                         1,555.00                  04/13/09    4,777.06
CHECK # 1016                      5.60                  04/15/09    4,771.46
POS PURCHASE PEPPER'S AUTOMOTIVE GR PARIS TN
                                 32.27                  04/16/09    4,739.19
POS PURCHASE SHELL SERVICE STATION MILAN TN
                                 45.11                  04/16/09    4,694.08
XXXXX8933 SPRINT8006396111 ACHBILLPAY
                                135.40                  04/16/09    4,558.68
POS PURCHASE DELTA AIR 0062500751 NASHVILLE TN
                                 15.00                  04/21/09    4,543.68
POS PURCHASE MURPHY6769ATWALMRT HUNTINGDON TN
                                 27.52                  04/21/09    4,516.16
                         * * *  C O N T I N U E D  * * *
```



FDIC

PLEASE ADVISE US OF CHANGE OF ADDRESS

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*



**BANK OF Gleason**

P.O. BOX 231  
GLEASON, TN 38229  
(731) 648-5506

P.O. BOX 697  
McKENZIE, TN 38201  
(731) 352-2194

A FULL SERVICE BANK

```
000 00001 01                    STATEMENT
ACCOUNT:              1003003   PAGE:    2
DOCUMENTS:       10             04/30/2009
```

OPTIMA UNIVERSITY LLC

```
==================================================================
                  REGULAR CHECKING ACCOUNT 1003003
==================================================================
        DESCRIPTION         DEBITS       CREDITS    DATE        BALANCE

POS PURCHASE A & H MART NASHVILLE TN
                             91.28                  04/23/09    4,424.88
POS PURCHASE MNAA-AIRPORT PARK NASHVILLE TN
                             27.00                  04/24/09    4,397.88
CHECK # 1021                 80.00                  04/24/09    4,317.88
POS PURCHASE VZWRLSS ECARS OT FOLSOM CA
                             16.46                  04/27/09    4,301.42
POS PURCHASE SHELL OIL 54153400038 MC KENZIE TN
                             37.41                  04/27/09    4,264.01
CHECK # 1022                 70.00                  04/27/09    4,194.01
POS PURCHASE SHELL OIL 54153400038 MC KENZIE TN
                             40.92                  04/30/09    4,153.09
POS PURCHASE WAL-MART #0161 HUNTINGDON TN
                            162.42                  04/30/09    3,990.67
CHECK                     4,194.01                  04/30/09      203.34-
SERVICE CHARGE                7.00                  04/30/09      210.34-
BALANCE THIS STATEMENT .............................04/30/09      210.34-

TOTAL CREDITS    (2)      6,250.00   MINIMUM BALANCE              203.34-
TOTAL DEBITS    (25)      8,740.55   AVERAGE BALANCE             4,602.90

       - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

       TOTAL CHARGE FOR MONTHLY SERVICE CHG:              7.00

       - - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -

                                        THIS PERIOD      YEAR TO DATE

       NSF PAID ITEM FEE:                   .00             60.00
       NSF RETURNED ITEM FEE:               .00               .00
       OVERDRAFT FEES:                      .00               .00
```



FDIC

PLEASE ADVISE US OF CHANGE OF ADDRESS          NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

$5,750.00  04/06/2009



$500.00  04/13/2009

0  $1,555.00  04/13/2009





0  $4,194.01  04/30/2009

1006  $200.50  04/03/2009

1011  $235.40  04/06/2009





1016  $5.60  04/15/2009

1018  $1,535.00  04/13/2009

Self Contractor

**OPTIMA UNIVERSITY, LLC** KENTUCKY+D
www.optimauniversity.com
MCKENZIE, TN 38229
No. 1021
87-301/843
DL# H18-087-515    Date 4/23/09
Pay to the Order of Robert Hitsman   $ 80 00/xx
Eighty                                      Dollars
BANK OF Gleason
GLEASON, TENNESSEE 38229
For Lot Mowing
⑆084303011⑆  100 300 3⑊ 1021  ⑆00000008000⑆

Self Contractor

**OPTIMA UNIVERSITY, LLC**
www.optimauniversity.com
MCKENZIE, TN 38229
No. 1022
87-301/843
Date 4/23/09
Pay to the Order of James Reed   $ 70 00/xx
Seventy                                     Dollars
BANK OF Gleason       DOCUMENT  Drawer: 1101   4/24/09
GLEASON, TENNESSEE 38229        Trans#:  4    9:00:52
                                       JAMES-BRENDA REED
For MAIN                 Check
⑆084303011⑆  100 300 3⑊ 1022                 70.00

1021   $80.00   04/24/2009

1022   $70.00   04/27/2009

## McKENZIE BANKING COMPANY
## FOUNDATION BANK
*Division of McKenzie Banking Company, McKenzie, Tennessee*

```
                                                            5009324

                                                         Apr 30, 2009

                                                         Pg   1 of   2


OPTIMA UNIVERSITY LLC
DEBTOR-IN-POSSESSION,09-11212
1774 HWY 22
MCKENZIE TN 38201




04/17/2009 Beginning Balance         Small Business                  .00
           4 Deposits and Other Additions          +           30,933.29
           5 Checks and Other Deductions           -            2,519.01
04/30/2009 Ending Balance      14 Days in Statement Period     28,414.28
------------------------------------------------------------------------


----------------- Deposits and Other additions to your account -----------------
04/17/2009 Opening Deposit                                        100.00
04/20/2009 Deposit                                              2,450.00
04/20/2009 Deposit                                              5,225.00
04/30/2009 Deposit                                             23,158.29

------- Checks listed in numerical order;   (*) indicates gap in sequence -------
     Check   Date          Amount            Check   Date           Amount
-----------------------------------    -----------------------------------
            04/22        2,251.41                   04/28            16.45
            04/27          220.00                   04/28            29.62

---------------------- Other Deductions from your account ----------------------
04/30/2009 Analysis Charge                                          1.53

------------------------- Daily Ending Balance -------------------------
04/17          100.00    04/22        5,523.59    04/28        5,257.52
04/20        7,775.00    04/27        5,303.59    04/30       28,414.28
****************************************************************
                    E-Statements Now Available!
E-statements are an electronic version of your bank statement e-mailed to
you. They are received quickly, safe, secure, password protected and easy to
store. Forms are available at all branches or go to www.bankmbc.com or
www.foundationbank.org and click on the red E-Statement button.
****************************************************************
Effective June 1, 2009 the fee for any Overdraft or Return item will be
$29.00 for each item.
****************************************************************
```



MEMBER FDIC

*"Bank on a Firm Foundation"*



EQUAL HOUSING LENDER

