**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| In re:    **OPTIMA UNIVERSITY, LLC** | Case No.  09-11212-GHB |
| **Debtor(s).** | **Chapter 11** |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that the United States Trustee for Region 8 pursuant to 11 U.S.C. § 307, hereby appears in the above-referenced case by her counsel and pursuant to Bankruptcy Rules 9010(b), 2002(a) and (b), and 3017(a), requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

> RICHARD F. CLIPPARD
> UNITED STATES TRUSTEE, REGION 8
>
> /s/ Madalyn S. Greenwood,  (#12241)
> United States Department of Justice
> Office of United States Trustee
> 200 Jefferson Avenue, Suite 400
> Memphis, TN 38103
> (901) 544-3667

**CERTIFICATE OF SERVICE**

I, Madalyn S. Greenwood, hereby certify that on June 12, 2009 a true and exact copy of the foregoing has been sent electronically or via United States Postal Service, first class postage prepaid, to the following persons.

> /s/ Madalyn S. Greenwood, AUST

Debtors' Attorney