UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| IN RE:  OPTIMA UNIVERSITY, LLC | CASE NO. 09-11212-GHB |
| | CHAPTER 11 |
| DEBTOR(S) | |

---

NOTICE OF APPEARANCE AND REQUEST FOR BANKRUPTCY NOTICE

---

Pursuant to Bankruptcy Rule 2002(i), Jerry and Sharon Perry, parties in interest in the above styled bankruptcy, hereby requests that all matters which must be noticed to creditors, and creditors committees, and any other parties in interest, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to Rule 2002(g), the following be added to the Court's master mailing list.

Stephen L. Hughes
Kizer, Bonds, Hughes & Bowen, PLLC
P.O. Box 320
Milan, Tennessee  38358

DATED: July 17, 2009

FILED BY:  /s/ Stephen L. Hughes
Stephen L. Hughes       #013836
Attorney for Jerry and Sharon Perry
P.O. Box 320
Milan, TN  38358 (731) 686-1198

## CERTIFICATE OF SERVICE

We, Kizer, Bonds, Hughes & Bowen, PLLC, Attorneys at Law, hereby certify that we have served a true copy of the foregoing instrument electronically or by depositing a copy of same in the U.S. mail postage paid, to the following parties on July 17, 2009.

By:/s/Stephen L. Hughes
Stephen L. Hughes

Postage Pre-Paid
Debtor(s)
Creditor:  Jerry and Sharon Perry, P1138 Como St, McKenzie, TN  38201

Electronically
Chapter 13 Trustee
Debtor(s) Attorney: slefkovitz@lefkovitz.com