# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re                                                                      Case No.   09–11212   ghb
                                                                           Chapter   11

                                                   Adversary No.

Optima University, LLC

Debtor(s).

**NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
RE FORM, MANNER AND SERVING OF NOTICE
(APPLICABLE TO CHAPTER 7, 11, AND 12)**

*42* – Motion to Compel Debtor to Assume Or, Motion to Reject Lease or Executory Contract Filed by Stephen L. Hughes on behalf of Jerry & Sharon Perry (Hughes, Stephen)

on July 17, 2009.

**NOTICE IS HEREBY GIVEN THAT:**

1. The hearing to consider the above
shall be held on **August 19, 2009 at  09:30 AM in the United States Bankruptcy Court, 111 S Highland, Room 342, Jackson, TN 38301 , BUT ONLY IF an objection to such relief requested is filed by August 10, 2009   and served as required pursuant to L.B.R. 9013–1.**

   At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
       **All Parties on Servicing List**

   **Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within five (5) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

3. If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013–1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

                                                                           **Jed G. Weintraub**
                                                                           **CLERK OF COURT**

                                                                           **BY:  Brenda Freeman**
                                                                           _____
                                                                              **Deputy Clerk**
                                                                           **DATE:   July 20, 2009**
                                                                           [combrelcco30]Order/Notice combined Rel 11–03

# CERTIFICATE OF NOTICE

```
District/off: 0651-1          User: brenda              Page 1 of 1         Date Rcvd: Jul 20, 2009
Case: 09-11212                Form ID: combrel          Total Noticed: 2

The following entities were noticed by first class mail on Jul 22, 2009.
db           +Optima University, LLC,   1774 Hwy 22,   Mc Kenzie, TN 38201-1102
29336866     +Jerry and Sharon Perry,   1138 Como St.,   McKenzie, TN 38201-1103

The following entities were noticed by electronic transmission.
NONE.                                                                                     TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2009**                     **Signature:**     *Joseph Speetjens*