IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.   09-11212 |
| OPTIMA UNIVERSITY, LLC ) | Chapter    11 |
| ) | Judge:      Boswell |
| Debtor. ) | |
| ) | |

## RESPONSE OF DEBTOR TO MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACT

Comes the Debtor, through counsel, and for response to the Motion To Compel Debtor To Assume or Reject Executory Contract and request a hearing thereon. In support thereof, the following would be shown unto the Court:

The Debtor intends to assume the contract which is necessary for the reorganization of his business.

Respectfully submitted,

/s/ Steven L. Lefkovitz, No. 5953
Steven L. Lefkovitz, No. 5953
Christopher M. Kerney, No. 20819
Attorneys for the Debtor
5050 Poplar Ave, Suite 2418
Memphis, TN 38157
(901) 523-9190   fax  (901) 255-4516
E-Mail:  slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing document via U.S. Mail, postage pre-paid, to Stephen L. Hughes, Attorney for Jerry and Sharon Perry, Post Office Box, Milan, Tennessee 38358, the U.S. Trustee, 200 Jefferson Avenue, Suite 400, Memphis, Tennessee 38157 and to the Debtor; and to all other Creditors and Parties of Interest by CM/ECF, on this the 17th day of August, 2009.

/s/ Steven L. Lefkovitz, No. 5953
Steven L. Lefkovitz