**Dated: September 03, 2009**
**The following is SO ORDERED.**

_____
**G. Harvey Boswell**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION
_____

IN RE:        OPTIMA UNIVERSITY, LLC        CASE NO. 09-11212-GHB
                                            CHAPTER 11


        DEBTOR(S)
_____

ORDER WITHDRAWING MOTION TO LIFT STAY FILED BY BANK OF GLEASON
_____

        Comes now, the Creditor, Bank of Gleason, being desirous of Withdrawing its Motion to

Lift Stay filed on August 21, 2009. The Court being fully advised, having allowed said

Withdrawal.

        It is therefore, ORDERED that the Motion to Lift Stay Filed By Bank of Gleason on

August 21, 2009 is hereby withdrawn.

APPROVED FOR ENTRY:

By:/s/Stephen L. Hughes
   * Prepared By:
   Stephen L. Hughes     #013836
   Attorney for Bank of Gleason
   P.O. Box 320
   Milan, Tennessee  38358   (731) 686-1198


Mailing Information:
Debtor(s)
Debtor(s) Attorney
U.S. Trustee's Office
Creditor:  Bank of Gleason, P.O. Box 697, McKenzie, TN  38201