**Dated: September 03, 2009**
**The following is SO ORDERED.**

_____
G. Harvey Boswell
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION
_____

IN RE:        OPTIMA UNIVERSITY, LLC            CASE NO. 09-11212-GHB
                                                CHAPTER 11

            DEBTOR(S)
_____

ORDER WITHDRAWING MOTION TO LIFT STAY FILED BY BANK OF GLEASON
_____

Comes now, the Creditor, Bank of Gleason, being desirous of Withdrawing its Motion to Lift Stay filed on August 21, 2009. The Court being fully advised, having allowed said Withdrawal.

It is therefore, ORDERED that the Motion to Lift Stay Filed By Bank of Gleason on August 21, 2009 is hereby withdrawn.

APPROVED FOR ENTRY:

By: /s/Stephen L. Hughes
   * Prepared By:
   Stephen L. Hughes    #013836
   Attorney for Bank of Gleason
   P.O. Box 320
   Milan, Tennessee  38358   (731) 686-1198

Mailing Information:
Debtor(s)
Debtor(s) Attorney
U.S. Trustee's Office
Creditor:  Bank of Gleason, P.O. Box 697, McKenzie, TN  38201

# CERTIFICATE OF NOTICE

```
District/off: 0651-1          User: valeta                Page 1 of 1                  Date Rcvd: Sep 04, 2009
Case: 09-11212                Form ID: pdford02           Total Noticed: 2

The following entities were noticed by first class mail on Sep 06, 2009.
db           +Optima University, LLC,    1774 Hwy 22,    Mc Kenzie, TN 38201-1102
29179623     +Bank of Gleason,    PO Box 697,    Mc Kenzie, TN 38201-0697
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 06, 2009**                          **Signature:**   _Joseph Speetjens_