IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| OPTIMA UNIVERSITY, LLC ) | |
| ) | Case No. 09-11212 |
| ) | Chapter 11 proceedings |
| Debtor. ) | Judge G. Harvey Boswell |
| ) | |
| U.S. Trustee ) | |
| Movant ) | |

## RESPONSE OF DEBTOR TO THE MOTION FOR CONVERSION TO CHAPTER 7 OR IN THE ALTERNATIVE MOTION TO DISMISS FILED BY THE U.S. TRUSTEE AND DEBTOR REQUEST A HEARING THEREON

　　Comes the Debtor, through counsel, and for response to the motion of the U.S. Trustee, to convert this case to chapter 7 or in the alternative dismiss this case. Debtor objects to said motion to convert but does not oppose dismissal of this case. The debtors pray that the motion filed herein be denied.

WHEREFORE, the Debtor, OPTIMIA UNICERSITY, LLC, prays that the motion filed herein be dismissed with costs, if any, taxed to the Movant.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Steven L. Lefkovitz, No. 5953
　　　　　　　　　　　　　　　　　　　Steven L. Lefkovitz No. 5953
　　　　　　　　　　　　　　　　　　　Christopher M. Kerney No. 020819
　　　　　　　　　　　　　　　　　　　Attorneys for Debtor
　　　　　　　　　　　　　　　　　　　618 Church Street, Suite 410
　　　　　　　　　　　　　　　　　　　Nashville, TN 37219
　　　　　　　　　　　　　　　　　　　(615) 256-8300 (615)255-4516 fax
　　　　　　　　　　　　　　　　　　　slefkovitz@lefkovitz.com
　　　　　　　　　　　　　　　　　　　chris@lefkovitz.com

### CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that a true and correct copy of the foregoing was sent to Madalyn Scott Greenwood, Assistant United States Trustee by electronic filing through CM/ECF and to all other parties of interest by US Mail, postage prepaid this 20th day of November, 2009.

　　　　　　　　　　　　　　　　　　　/s/ Steven L. Lefkovitz

-1-