Dated: December 04, 2009
The following is SO ORDERED.

_____
G. Harvey Boswell
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | **OPTIMA UNIVERSITY, LLC** | CASE NO.  09-11212-GHB |
| Debtors. | | Chapter 11 |

**CONSENT ORDER DISMISSING CHAPTER 11 CASE**

Come Now, Madalyn S. Greenwood for the United States Trustee for Region 8; and Steven Lee Lefkovitz, attorney for Optima University, LLC, ("Debtor"),  and announce to the Court that they have agreed that the Chapter 11 case should be dismissed.  It appears that the Debtor does not oppose dismissal of the case.

It further appears that the Debtor has agreed to pay $1625.00 in Quarterly Fees  to the United States Trustee within ten (10) days from the entry of this Order.

ACCORDINGLY, the Debtor's Chapter 11 case shall be and is hereby dismissed.

Approved for entry:

/s/Madalyn Scott Greenwood (#12241)
Assistant U.S. Trustee
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
901-544-3667

| | |
|---|---|
| CONSENT ORDER DISMISSING CHAPTER 11 CASE | CASE NO. 09-11212<br>PAGE 2 OF 2 |

/s/ Steven Lee Lefkovitz
Attorney for Debtor
618 Church Street, #410
Nashville, TN 37219
(615) 256-8300


Persons to be served with final order:

Debtor
Debtor's Attorney
Matrix