Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**

Western District of Tennessee

Case No.: 09−11212
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Optima University, LLC
   1774 Hwy 22
   Mc Kenzie, TN 38201

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   83−0505139

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on December 4, 2009

Dated: December 4, 2009

                                      Jed G. Weintraub
                                      Clerk, U.S. Bankruptcy Court

                                      BY: Valeta Marcom
                                      Deputy Clerk