**Dated: December 04, 2009**
**The following is SO ORDERED.**

_____
G. Harvey Boswell
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| In Re:    **OPTIMA UNIVERSITY, LLC** | CASE NO.  09-11212-GHB |
| **Debtors.** | Chapter 11 |

**CONSENT ORDER DISMISSING CHAPTER 11CASE**

Come Now, Madalyn S. Greenwood for the United States Trustee for Region 8; and Steven Lee Lefkovitz, attorney for Optima University, LLC, ("Debtor"), and announce to the Court that they have agreed that the Chapter 11 case should be dismissed. It appears that the Debtor does not oppose dismissal of the case.

It further appears that the Debtor has agreed to pay $1625.00 in Quarterly Fees to the United States Trustee within ten (10) days from the entry of this Order.

ACCORDINGLY, the Debtor's Chapter 11 case shall be and is hereby dismissed.

Approved for entry:

/s/Madalyn Scott Greenwood (#12241)
Assistant U.S. Trustee
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
901-544-3667

| | |
|---|---:|
| CONSENT ORDER DISMISSING CHAPTER 11 CASE | CASE NO. 09-11212 |
| | PAGE 2 OF 2 |

<u>/s/ Steven Lee Lefkovitz</u>
Attorney for Debtor
618 Church Street, #410
Nashville, TN 37219
(615) 256-8300


Persons to be served with final order:

Debtor
Debtor's Attorney
Matrix

# CERTIFICATE OF NOTICE

```
District/off: 0651-1           User: valeta                Page 1 of 2                   Date Rcvd: Dec 04, 2009
Case: 09-11212                 Form ID: pdford02           Total Noticed: 44

The following entities were noticed by first class mail on Dec 06, 2009.
db         +Optima University, LLC,   1774 Hwy 22,   Mc Kenzie, TN 38201-1102
cr         +Federation of State Medical Boards,    400 Fuller Wiser Road, Ste. 300,   Euless, TX 76039-3856
cr         +National Board of Medical Examiners,   3750 Market Street,   Philadelphia, PA 19104-3190
cr         +Tennessee Department of Revenue,   c/o TN Attorney General's Office,   Bankruptcy Division,
             PO Box 20207,   Nashville, TN 37202-4015
cr         +bank of gleason,   PO Box  697,   McKenzie, Tn 38201-0697
29180291   +AUSA,   Attn: Jimmy L. Croom,   109 S. Highland Ave., Room 300,   Jackson, TN 38301-6145
29179618   +All Temp Heating & Cooling, LLC,   17503 Highland Dr,   Mc Kenzie, TN 38201-1659
29179619   +American Express,   PO Box 1270,   Newark, NJ 07101-1270
29262166    American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
29179620   +Arnold's Hardware, Rental & Carpet,   16030 N Highland Dr,   Mc Kenzie, TN 38201-2063
29179622   +Bank of America,   PO Box 17054,   Wilmington, DE 19850-7054
29179621   +Bank of America,   PO Box 15710,   Wilmington, DE 19886-5710
29179623   +Bank of Gleason,   PO Box 697,   Mc Kenzie, TN 38201-0697
29212922   +Bank of Gleason,    POB 231,   Gleason TN 38229-0231
29179624   +Carroll County Lumber Co., Inc.,   15955 Highland Dr,   Mc Kenzie, TN 38201-2027
29179625   +Education Resource Institute,   31 St James, Ste 950,   Park Square Bldg,   Boston, MA 02116-4109
29179626   +HOME DEPOT,   PO BOX 9100,   DES MOINES IA 50368-0001
29179627   +Hudson County Special,   595 Newark Ave,   Jersey City, NJ 07306-2394
29179629  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:  IRS,   PO BOX 21126,   PHILADELPHIA PA 19114)
29180289  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114)
29179630   +Jerry & Sharon Perry,   c/o Scarbrough Realty,   20130 East Main,   Huntingdon, TN 38344-4119
29179631   +Jerry & Susan Perry,   c/o Scarbrough Realty,   20130 East Main,   Huntingdon, TN 38344-4119
29336866   +Jerry and Sharon Perry,   1138 Como St.,   McKenzie, TN 38201-1103
29337921   +Jerry and Sharon Perry,   Attn: Stephen L. Hughes,   Kizer, Bonds, Hughes, & Bowen, PLLC,
             P. O. Box 320,   Milan, TN 38358-0320
29179632   +Jones Telecommunications,   350 S Main St,   PO Box 264,   Dyer, TN 38330-0264
29191575   +Jones Telecommunications, Inc,   P O Box 264,   Dyer TN 38330-0264
29179633   +Lester & Mildred McCarty, Trustees,   E.R. Braham, Jr. Trust,   c/o Scarbrough Realty,
             20130 East Main,   Huntingdon, TN 38344-4119
29179634   +Lester Braham & Meldred McCarty,Trustees,   E.R. Braham, Jr. Trust,   c/o Scarbrough Realty,
             20130 East Main,   Huntingdon, TN 38344-4119
29179636   +Palisades Collection, LLC,   210 Sylvan Ave,   Englewood Cliffs, NJ 07632-2524
29179637   +Reallinx,   PO Box 840527,   Dallas, TX 75284-0527
29179638   +Sisson Transportation, Inc.,   c/o Beach Associates, Inc.,   95 Wolf Creek Blvd,   Ste 2,
             Dover, DE 19901-4965
29179639   +Sprint,   PO Box 8077,   London, KY 40742-8077
29180288    TN Atty General's Office,   Bankruptcy Unit,   425 5th Ave. North, 2nd Floor,
             Nashville, TN 37243-0488
29179640   +TN DEPT LBR WRK FRC DEV,   C/O TN ATTY GEN BK UNIT,   PO BOX 20207,   NASHVILLE, TN 37202-4015
29179641   +TN DEPT REVENUE,   C/O TN ATTY GEN BK UNIT,   PO BOX 20207,   NASHVILLE, TN 37202-4015
29266896   +TN Department of Revenue,   Attn: Gina Baker Hantel,   c/o TN Atty. Gen. Office,
             Bankruptcy Division,   PO Box 20207,   Nashville, TN 37202-4015
29225090   +TN Dept of Revenue,   c/o TN Attorney General's Office,   Bankrutpcy Division,   P.O. Box 20207,
             Nashville, TN 37202-4015
29180290   +U.S. Attorney,   c/o USDOJ Tax Division,   P.O. Box 14198,   Washington, DC 20044-4198
29179642   +Union County Special,   2 Broad St,   Elizabeth, NJ 07201-2202
The following entities were noticed by electronic transmission on Dec 04, 2009.
29179628   +E-mail/Text: BankruptcyNotices@hughes.com                           Hughes Network Systems,
             PO Box 96874,   Chicago, IL 60693-0001
29179635   +E-mail/PDF: bankruptcy@ncfsi.com Dec 04 2009 23:23:51     New Century Financial Service,
             110 South Jefferson Rd,   Ste 104,   Whippany, NJ 07981-1038
29183559    +E-mail/Text: ustpregion08.me.ecf@usdoj.gov
             United States Trustee for Region 8,   Attn: Madalyn S. Greenwood,   U. S. Dept. of Justice,
             Office of the U. S. Trustee,   200 Jefferson Ave., Suite 400,   Memphis, TN 38103-2383
29290084    +E-mail/Text: ustpregion08.me.ecf@usdoj.gov
             United States Trustee, Region 8,   c/o Madalyn S. Greenwood,   Office of U. S. Trustee,
             200 Jefferson Ave., Suite 400,   Memphis, TN 38103-2383
29179643    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Dec 04 2009 23:23:32     Verizon Wireless,
             1 Verizon Place,   Alpharetta, GA 30004-8510
                                                                                               TOTAL: 5

           ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr          Jerry & Sharon Perry
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0651-1          User: valeta              Page 2 of 2              Date Rcvd: Dec 04, 2009
Case: 09-11212                Form ID: pdford02         Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2009**                         **Signature:** _Joseph Speetjens_