**Dated: December 15, 2009**
**The following is SO ORDERED.**

_____
G. Harvey Boswell
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
_____

In re  Optima University, LLC           Case No. **09-11212**

Debtor(s).                              Chapter **11**
_____

**ORDER CLOSING CASE**
_____

It appearing to the Court that this case was heretofore dismissed and should now be closed; now therefore, the Bankruptcy Court Clerk is authorized to administratively close this case.

closingcasebkcasedismissedco0140104