**Dated: December 15, 2009**
**The following is SO ORDERED.**

_____
G. Harvey Boswell
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE
_____

In re Optima University, LLC                     Case No. | **09-11212**

Debtor(s).                                       Chapter **11**
_____

# ORDER CLOSING CASE
_____

It appearing to the Court that this case was heretofore dismissed and should now be closed; now therefore, the Bankruptcy Court Clerk is authorized to administratively close this case.

closingcasebkcasedismissedco0140104

# CERTIFICATE OF NOTICE

```
District/off: 0651-1          User: valeta                 Page 1 of 1                   Date Rcvd: Dec 15, 2009
Case: 09-11212                Form ID: pdfbnc02            Total Noticed: 11

The following entities were noticed by first class mail on Dec 17, 2009.
db           +Optima University, LLC,   1774 Hwy 22,   Mc Kenzie, TN 38201-1102
aty          +Charles C. Exum,   105 South Highland,   Jackson, TN 38301-6107
aty          +Gina Baker Hantel,   Office of the Atty General BK Div.,   PO Box 20207,
               Nashville, TN 37202-4015
aty          +Steven Lee Lefkovitz,   Lefkovitz & Lefkovitz,   618 Church Street,   #410,
               Nashville, TN 37219-2452
cr           +Federation of State Medical Boards,   400 Fuller Wiser Road, Ste. 300,   Euless, TX 76039-3856
cr           +National Board of Medical Examiners,   3750 Market Street,   Philadelphia, PA 19104-3190
cr           +Tennessee Department of Revenue,   c/o TN Attorney General's Office,   Bankruptcy Division,
               PO Box 20207,   Nashville, TN 37202-4015
cr           +bank of gleason,   PO Box 697,   McKenzie, Tn 38201-0697
The following entities were noticed by electronic transmission on Dec 15, 2009.
aty           +E-mail/Text: ustpregion08.me.ecf@usdoj.gov                           Madalyn Scott Greenwood,
               United Trustee's Office,   200 Jefferson Avenue,   Suite 400,   Memphis, TN 38103-2374
aty           +E-mail/Text: kbhlaw@bellsouth.net                                    Stephen L. Hughes,   P.O. Box 320,
               Milan, TN 38358-0320
ust           +E-mail/Text: ustpregion08.me.ecf@usdoj.gov                                         U.S. Trustee,
               Office of the U.S. Trustee,   One Memphis Place,   200 Jefferson Avenue, Suite 400,
               Memphis, TN 38103-2383
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Jerry & Sharon Perry
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 17, 2009**              **Signature:** _Joseph Speetjens_